APPEAL No. 75-56. MATTHEW RYAN *et ux. v.* LINDA YOUNG FONSECA. Motion of plaintiff to continue visitation rights pending appeal is denied. The defendant's motion for extension of time in which to file a reply brief is granted, and the time is extended to July 7, 1975. *Ralph D. Morrison,* for plain-

tiffs. *Peter W. Thoms,* Rhode Island Legal Services, Inc., for defendant.